h:/ljg/231001407/dismissal
LJG/tsm

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE LOPEZ | § | |
| | § | |
| VS. | § | CASE NUMBER B-04-120 |
| | § | JURY |
| ALLSTATE TEXAS LLOYDS COMPANY | § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: this _____ day of _____, 2005.


_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED:**

LAW OFFICES OF REYNALDO ORTIZ
1305 E. Nolana Loop #1
McAllen, Texas 78504
Telephone:      (956) 687-4567

By: _____
REYNALDO ORTIZ
State Bar No. 15324275
GINA KARAM MILLIN
State Bar No. 24011072

ATTORNEYS FOR PLAINTIFF


ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Telecopier: (210) 344-7228



By: _____
LARRY J. GOLDMAN
State Bar No. 08093450

ATTORNEY FOR DEFENDANT

2