h:/ljg/231001407/dismissal
LJG/tsm

United States District Court
Southern District of Texas
ENTERED

APR 2 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BEATRICE LOPEZ | § § | |
| VS. | § § | CASE NUMBER B-04-120 |
| | | JURY |
| ALLSTATE TEXAS LLOYDS COMPANY | § | |

### STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: this 27th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE